cember 7, 1904.) Action by John Best against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

BEST v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. January 4, 1905.) Action by John Best against the New York Central & Hudson River Railroad Company. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

BETSINGER, Respondent, v. TOWN OF VERONA, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 25, 1905.) Action by Oscar Betsinger against the town of Verona. No opinion. Judgment and order affirmed, with costs.

BIBERFELD, Appellant, v. KUPFER, Respondent. (Supreme Court, Appellate Division, First Department. December 23, 1904.) Action by Regina Biberfeld against Louis Kupfer. M. Brown, for appellant. H. N. Steinert, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BIGELOW et al. v. DRUMMOND. (Supreme Court, Appellate Division, Fourth Department. January 26, 1905.) Action by Clarence O. Bigelow and others, as the state board of pharmacy, against John H. Drummond. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

In re BIRNBAUM. (Supreme Court, Appellate Division, First Department. January 6, 1905.) In the matter of Jacob M. Birnbaum. No opinion. Motion granted.

BISLERI v. BLOTTO. (Supreme Court, Appellate Division, First Department. January 6, 1905.) Action by Felice Bisleri against Victor Blotto. No opinion. Motion denied, with $10 costs.

BLAIR v. BLAIR. (Supreme Court, Appellate Division, First Department. December 9, 1904.) Action by William Blair against Lewis R. Blair. No opinion. Motion granted, with $10 costs.

BLANCHARD, Respondent, v. DAVID STEVENSON BREWING CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. January 6, 1905.) Action by Annie M. Blanchard against the David Stevenson Brewing Company, impleaded, etc. No opinion. Motion denied.

BLANDING et al. v. COHEN. (Supreme Court, Appellate Division, First Department. January 20, 1905.) Action by Lucien A. Blanding and another against Isaac M. Cohen. No opinion. Motion granted, upon payment of $10 costs.

BLUM, Respondent, v. BLUM, Appellant. (Supreme Court, Appellate Division, First Department. January 6, 1905.) Action by Lillian Blum against Jacob Blum. L. Steckler, for ap-

pellant. A. Beekman, for respondent. No opinion. Order modified, by reducing counsel fee to $50, and, as so modified, affirmed, without costs.

In re BOARD OF DOCKS. In re GENERAL THEOLOGICAL SEMINARY. (Supreme Court, Appellate Division, First Department. December 9, 1904.) In the matter of the board of docks. In the matter of the General Theological Seminary. T. Connoly, for board of docks. W. H. Harris, for General Theological Seminary. No opinion. Order affirmed, with $10 costs and disbursements.

In re BOARD OF RAPID TRANSIT (PARK AVE. SECTION). (Supreme Court, Appellate Division, First Department. December 23, 1904.) In the matter of the board of rapid transit (Park Avenue section). No opinion. Fees of commissioners fixed at $2,500 each.

BOENIG, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 15, 1904.) Action by Charles Boenig, an infant, etc., by Robert W. Boenig, his guardian ad litem, against the Metropolitan Street Railway Company.
PER CURIAM. Judgment and order affirmed, with costs.
HOOKER, J., dissents.

BOLLER, Appellant, v. BOLLER, Respondent. (Supreme Court, Appellate Division, First Department. December 23, 1904.) Action by William N. Boller against Naomi S. Boller. B. W. B. Brown, for appellant. G. A. Stearns, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BOSSERT et al. v. ZIMMERMAN. (Supreme Court, Appellate Division, First Department. January 13, 1905.) Action by Louis Bossert and another against Jacob A. Zimmerman. No opinion. Motion denied, with $10 costs.

BOSWORTH, Appellant, v. LEHIGH VALLEY R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 18, 1905.) Action by Fannie S. Bosworth, as executrix, etc., against the Lehigh Valley Railroad Company. No opinion. Judgment affirmed, with costs.

BOYD, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 26, 1905.) Action by Thomas E. Boyd, as committee, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.